UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                                :
  UNITED STATES OF AMERICA    :
                                :
        - v. -                :  20 Cr. ____ (GBD)
  ALAN SEIDEL,                 :
                                :
          Defendant.       :
- - - - - - - - - - - - - - - - - - X

20 CRIM 205

      Defendant Alan Seidel, who is accused of violating Title 18, United States Code, Section 1001, having being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
           March 12, 2020

_____
Defendant

_____
Witness

_____
Counsel for Defendant