UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ALAN SEIDEL,

                   Defendant.

------------------------------------x

ORDER

20 Crim. 205 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is adjourned from July 16, 2020 to October 14, 2020 at 10:00 am.

Dated: New York, New York
       July 13, 2020

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge